**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **LEWIS WALKER,** | : | |
| | : | |
| Petitioner, | : | |
| | : | 3:92CR12 (DF) |
| vs. | : | |
| | : | 3:05CV16 (DF) |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | |
| Respondent. | : | |

**O R D E R**

This order hereby adopts and incorporates the Recommendation that United States Magistrate Judge G. Mallon Faircloth entered in this case on March 28, 2005 (tab 38). The Court has reviewed and carefully considered Petitioner Walker's objections to the Magistrate Judge's Recommendation (tab 40), but concludes that these objections do not warrant rejection or modification of the Magistrate Judge's findings.

Accordingly, Petitioner's Motion to Vacate, Set Aside, or Correct (tab 35) his sentence is hereby **DENIED.**

SO ORDERED, this 27th day of May, 2005.

/s/ **Duross Fitzpatrick**
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/sew